# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHAUNEILLE MORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-cv-01120 |
| | ) |
| WELLS FARGO/ASC and | ) |
| SHAPIRO & INGLE, LLP, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 33), recommending that the Court deny as moot Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint Against It for Insufficiency of Service of Process (Doc. No. 9). No timely objections have been filed to the R&R. As the R&R notes, Defendant has since filed a Motion to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction, and confirmed that it has now been served with process. (Doc. No. 30 at 2).

Having thoroughly reviewed the R&R, the Court agrees with the R&R. Accordingly, the R&R is **APPROVED AND ADOPTED**. The Motion to Dismiss Plaintiff's Complaint Against It for Insufficiency of Service of Process (Doc. No. 9) is **DENIED AS MOOT**.

The Court notes that Plaintiff has continued to file briefs (Doc. Nos. 32, 34, 37), in support of her Motion for Default Judgment (Doc. No. 23). The Motion for Default Judgment has already been denied by the Clerk and is no longer pending. (Doc. No. 28).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE